KUNIGUNDA FANDEL, Respondent, *v.* THE THIRD AVENUE
RAILROAD COMPANY, Appellant.

*Fandel* v. *Third Avenue R. R. Co.*, 15 App. Div. 426, affirmed.
(Argued February 6, 1900; decided February 27, 1900.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered March
29, 1897, affirming a judgment in favor of plaintiff entered
upon a verdict, and an order denying a motion for a new trial.

*Herbert R. Limburger, Henry L. Scheuerman* and *Henry
Siegrist, Jr.*, for appellant.

*Edmund Luis Mooney, Robert P. Harlow* and *M. P.
O'Connor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON,
CULLEN and WERNER, JJ.

---

ALICE MCCARTHY, Respondent, *v.* EMERSON FEATHERSTON,
Individually, and as Surviving Administrator of MYRA
WHITE, Deceased, Appellant.

*McCarthy* v. *Featherston*, 15 App. Div. 625, affirmed.
(Argued February 7, 1900; decided February 27, 1900.)

APPEAL from a judgment and order of the Appellate Division
of the Supreme Court in the third judicial department, entered
March 5, 1897, affirming a judgment in favor of plaintiff
entered upon the report of a referee.

*A. W. Boynton* for appellant.

*S. E. Maders* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, CULLEN
and WERNER, JJ. Not sitting, LANDON, J.